**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VICTOR ADAMOV,** | **Case No. 2:20-cv-06282-JDW** |
| *Plaintiff,* | |
| v. | |
| **LIBERTY INSURANCE d/b/a LIBERTY MUTUAL INSURANCE COMPANY d/b/a LIBERTY INSURANCE GROUP,** | |
| *Defendant.* | |

## <u>ORDER</u>

**AND NOW**, this 9th day of March, 2021, upon consideration of Plaintiff Victor Adamov's Motion to Remand (ECF No. 7), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.  This case is **REMANDED** to the Court of Common Pleas for Bucks County.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.